# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131859

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

V & J FOODS OF MICHIGAN, INC.,
        Petitioner-Appellant,

v

DEPARTMENT OF TREASURY,
        Respondent-Appellee.

SC: 131859
COA: 259460
MTT: 00-295871

_____/

      On order of the Court, the application for leave to appeal the May 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120